IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROGER LEE BAKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-079 |
| | ) | |
| THE STATE OF GEORGIA; BOBBY G. PETERS, Judge, Talbot County; MARK C. POST, Assistant D.A., Hamilton, Ga.; SAM F. BAILY, Regional (2) Greenville, Georgia, G.B.I.; CATHERINE A. JORDAN, Midland, Ga.; PHILLIP R. WEST, Superior Court, Wheeler County; SARAH F. WALL, Superior Court, Wheeler County; BRENT MYERS, A.A.G.; BRITTANY F. WOOLFOLK, A.A.G.; and NATHAN DEAL, Ga. Governor, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Although Plaintiff did file a response to the Magistrate Judge's Report and Recommendation, it is titled "Not 'Objection' to This Honorable Court [sic] Report and Recommendation" and indicates Plaintiff's desire to dismiss and refile his case. (Doc. no. 9.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and

**DISMISSES** this action without prejudice as a sanction.

SO ORDERED this 27th day of December, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE